### (October 5, 1970)

█ In the Matter of KARL A. PFISTER, an Attorney.— Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.